UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-62541-DIMITROULEAS

JANE DOE,

    Plaintiff,

vs.

LQ MANAGEMENT LLC d/b/a LA QUINTA
INN FORT LAUDERDALE TAMARAC
EAST #4006, and LQ MANAGEMENT LLC
d/b/a LA QUINTA INN LOCATED AT 7901
SW 6TH ST. PLANTATION, FL,

    Defendants.
_____/

## ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE CONSOLIDATED

THIS ORDER has been entered upon the transfer of this case from Judge Cohn to the undersigned. The Court has carefully reviewed the record and is otherwise fully advised.

It appears that the following actions, now pending before the undersigned, may be appropriate for consolidation for purposes of "economy of time and effort for itself, for counsel and for litigants.'" *See Hendrix v. Raybestos-Manhattan, Inc.*, 776 F.2d 1492, 1495 (11th Cir. 1985) (citations omitted):

    20-cv-60683 *Doe v. Rickey Patel, LLC et al*;

    20-cv-62541 *Jane Doe v. LQ Management LLC et al*;

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the parties shall show cause on or before **December 21, 2020**, why these actions should not be consolidated.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day of December, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record