## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  0:20-cv-62541-WPD

JANE DOE,

       Plaintiff,

v.

LQ MANAGEMENT LLC d/b/a/ LA QUINTA
INN FORT LAUDERDALE TAMARAC EAST #4406,
And LQ MANAGEMENT LLC d/b/a LA QUINTA INN
LOCATED AT 7901 SW 6th ST. PLANTATION, FL.

       Defendant.

_____/

### PLAINTIFF'S NOTICE OF INTENT TO SERVE RULE
### RULE 45  SUBPOENA TO PRODUCE DOCUMENTS AND
### INFORMATION

Pursuant to Federal Rule of Civil Procedure 45(a)(4), Plaintiff notifies Defendants of her intent to serve the attached subpoena upon:

    U.S. Attorney's Office for the District of Arizona
    Two Renaissance Square
    40 N. Central Ave., Suite 1800
    Phoenix, AZ 85004
    (602) 514-7500

        Respectfully Submitted,

        */s/ C. Richard Newsome*
        **C. RICHARD NEWSOME, ESQ.**
        Florida Bar No.:  827258
        **R. FRANK MELTON, II, ESQ.**
        Florida Bar No. 0475440
        **MILETTE E. WEBBER, ESQ.**
        Florida Bar No.:  145874
        **MAEGEN PEEK LUKA, ESQ.**
        Florida Bar No.:  549851
        **WILLIAM C. OURAND, ESQ.**
        Florida Bar No.: 092503

NEWSOME MELTON
201 South Orange Avenue, Suite 1500
Orlando, Florida 32801
Telephone: (407) 648-5977
Facsimile: (407) 648-5282
*Attorneys for Plaintiff*
newsome@newsomelaw.com
melton@newsomelaw.com
webber@newsomelaw.com
luka@newsomelaw.com
ourand@newsomelaw.com
swinehart@newsomelaw.com
oneill@newsomelaw.com

*Counsel for Plaintiff, Jane Doe*

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2021 a true and correct copy of the foregoing was furnished by Plaintiff to all counsel of record as listed below.

/s/ C. Richard Newsome
C. Richard Newsome, Esq.

| | |
|---|---|
| J. Trumon Phillips<br>Florida Bar No. 84568<br>**DLA PIPER LLP (US)**<br>3111 W. Dr. Martin Luther King Jr. Blvd.<br>Suite 300<br>Tampa, Florida 33607-6233<br>Phone:  813-229-2111<br>Fax:     813-229-1447<br>Email: trumon.phillips@dlapiper.com<br>         Sheila.hall@dlpiper.com<br><br>David Sager (*pro hac vice pending*)<br>**DLA PIPER LLP (US)**<br>51 John F. Kennedy Parkway, Suite 120<br>Short Hills, NJ 07078-2704<br>Phone: 973-520-2550<br> Fax:  973-520 2551<br>Email: david.sager@dlapiper.com | Christopher B. Donovan (*pro hac vice pending*)<br>**DLA PIPER LLP (US)**<br>1000 Louisiana Street, Suite 2800<br>Houston, TX  77002<br>Phone:  713-425-8449<br>Fax:     713-300-6040<br>Email:<br>christopher.b.donovan@dlpiper.com |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

## CASE NO.:  0:20-cv-62541-WPD

JANE DOE,

     Plaintiff,

v.

LQ MANAGEMENT LLC d/b/a/ LA QUINTA
INN FORT LAUDERDALE TAMARAC EAST #4406,
And LQ MANAGEMENT LLC d/b/a LA QUINTA INN
LOCATED AT 7901 SW 6th ST. PLANTATION, FL.

     Defendant.

_____/

## SUBPOENA TO PRODUCE DOCUMENTS AND INFORMATION

TO:    The U.S. Attorney's Office for the District of Arizona

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection and copying of the following material:

MATERIALS TO BE PRODUCED:

1. Copies of the hard drive(s), server(s), emails, and other electronic data subpoenaed and/or seized from Backpage.com, including those materials referenced in the Government's indictment against Michael Lacey, James Larkin, Scott Spear, John "Jed" Brunst, Dan Hyer, Andrew Padilla, and Joye Vaught, Case No.: 2:18-cr-00422-SPL, currently pending in the U.S. District Court for the District of Arizona.

2. Copies of the hard drive(s), server(s), emails, and other electronic data originally belonging to or stored by Backpage.com and/or its operators (including one or more of the defendants named in Case No.: 2:18-cr-00422-SPL) which was provided to the U.S. Attorney's Office for the District of Arizona

by any other state or federal government official, entity, or agency, including the materials obtained by the Permanent Subcommittee on Investigations of the U.S. Senate's Committee on Homeland Security and Governmental Affairs pursuant to its October 1, 2015 subpoena duces tecum directed to Carl Ferrer.

<u>DATE AND TIME:</u> Before 10:00 AM, February 22, 2020

<u>PLACE:</u> Your choice of:

1.  Bartelt | Nix Reporting
    c/o Milestone Reporting
    3101 North Central Avenue, Suite 290
    Phoenix, AZ 85012

2.  Newsome Melton, PA, 201 S. Orange Ave., Suite 1500, Orlando, FL 32801; or

3.  Via electronic mail to:

    C. Richard Newsome, Esq. (newsome@newsomlaw.com);

    Maegen P. Luka, Esq. (luka@newsomelaw.com); and

    William. C. Ourand, Jr., Esq. (ourand@newsomelaw.com)

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

**DATED: February 5, 2021**

The name, address, email address, and telephone number of the attorneys representing the plaintiffs, who issued this subpoena, are:

*/s/ C. Richard Newsome*
**C. RICHARD NEWSOME, ESQ.**
Florida Bar No.:  827258
**R. FRANK MELTON, II, ESQ.**
Florida Bar No. 0475440
**MILETTE E. WEBBER, ESQ.**
Florida Bar No.:  145874

**MAEGEN PEEK LUKA, ESQ.**
Florida Bar No.:  549851
**WILLIAM C. OURAND, ESQ.**
Florida Bar No.: 092503
NEWSOME MELTON
201 South Orange Avenue, Suite 1500
Orlando, Florida 32801
Telephone: (407) 648-5977
Facsimile: (407) 648-5282
*Attorneys for Plaintiff*
*newsome@newsomelaw.com*
*melton@newsomelaw.com*
*webber@newsomelaw.com*
*luka@newsomelaw.com*
*ourand@newsomelaw.com*
*swinehart@newsomelaw.com*
*oneill@newsomelaw.com*

*Counsel for Plaintiff, Jane Doe*