IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

CASE NO. 0:20-62541-WPD-CIV-DIMITROULEAS

JANE DOE,

    Plaintiff,

vs.

LQ MANAGEMENT L.L.C.

    Defendant.
_____/

## CONFERENCE REPORT

The parties have agreed on and propose to the Court the following dates and discovery plan pursuant to Fed.R.Civ.P. 26(f) and Local Rule 16.1(b):

| | |
|---|---|
| Mandatory Initial Disclosures | - February 22, 2021 |
| Motions to Amend Pleadings/ Add Parties | - August 2, 2021 |
| Fact Discovery Cutoff | - December 1, 2021 |
| Plaintiff's Expert Disclosures | - December 15, 2021 |
| Defendant's Expert Disclosures | - January 17, 2022 |
| Expert Deposition Deadline | - February 5, 2022 |
| Substantive Pretrial Motions | - March 15, 2022 |
| *Daubert* Motions | - May 12, 2022 |
| Mediation Cutoff | - May 12, 2022 |
| Mandatory Pretrial Stipulation | - June 24, 2022 |
| Motions in Limine | - June 6, 2022 |
| Responses to Motions in Limine | - June 20, 2022 |

1

| | |
|---|---|
| <u>Jury Instructions *or* Proposed Findings & Conclusions of Law</u> | - July 8, 2022 |
| <u>Voir Dire Questions</u> | - July 15, 2022 |
| <u>Exhibit List for Court</u> | - First day of trial |
| <u>Witness List for Court</u> | - First day of trial |
| <u>Trial</u> | - August 1-12, 2022 |

**A. Likelihood of settlement**

<u>Joint Statement</u>:  At this early stage, settlement appears unlikely; however, the Parties will continue to work with each other in good faith to see if resolution is possible.

**B. Likelihood of appearance of additional parties**

<u>Plaintiff's Statement</u>:  Without conducting discovery, Plaintiff believes that there will be no further parties added to the case.

<u>Defendant's Statement</u>:  Defendant's investigation is ongoing and is unable to state at this time whether additional parties will be added or otherwise appear.

**C. Proposed limits on the time:  (i) to join other parties and to amend the pleadings; (ii) to file and hear motions; and (iii) to complete discovery.**

<u>Joint Statement</u>:  See table above for proposed dates.

**D. Proposals for the formulation and simplification of issues.**

<u>Plaintiff's Statement</u>:  Plaintiff suggests that each party should be permitted to file one summary judgment motion raising all potential issues.

<u>Defendant's Statement</u>:  Defendant believes that permitting motions for partial summary judgment on discrete issues without prejudice to moving for summary judgment on other issues at a later time is in the interest of efficiency.

E. **Necessity or desirability of amendments to the pleadings.**

Joint Statement: The Parties believe that they are unable to assess the necessity or desirability of any pleading amendments, without the benefit of discovery to date.

F. **Possibility of obtaining admissions of fact and of documents.**

Joint Statement: The Parties agree to explore, as this case progresses, the extent to which they can stipulate to the admission of facts and documents at trial.

G. **Suggestions for the avoidance of unnecessary proof and of cumulative evidence.**

Joint Statement: The Parties agree to explore, as this case progresses, the extent to which they can avoid unnecessary proof and cumulative evidence at trial.

H. **Suggestions on the advisability of referring matters to a Magistrate Judge or master.**

Joint Statement: At least one of the Parties does not consent to disposition of this matter by magistrate judge, but the Parties otherwise defer to the district court on the advisability of referring non-dispositive matters.

I. **Preliminary estimate of the time required for trial.**

Joint Statement: The Parties preliminarily estimate that ten (10) days will be necessary for trial.

J. **Requested date or dates for conferences before trial, a final pretrial conference, and trial.**

Joint Statement: See table above

K. **Discovery matters.**

Joint Statement: The Parties have discussed the discovery of electronically-stored information, with reference to the Court's ESI checklist. The Parties anticipate that, in discovery, Plaintiff may request confidential and proprietary information, in which case

the Parties will work together in the preparation of a protective order governing the use and disclosure of Defendant's confidential materials. As part of that protective order, the Parties expect they will include a provision pursuant to Rule 502 of the Federal Rules of Evidence. The Parties further agree that, absent leave of Court, limitations on discovery should be governed by the Federal Rules of Civil Procedure and the Local Rules.

L. **Other information that might be helpful to the Court in setting the case for status or pretrial conference.**

Joint Statement: N/A

        Respectfully submitted,

        */s/ Maegen Peek Luka*

        **C. RICHARD NEWSOME, ESQUIRE**
        Florida Bar No.: 827258
        **R. FRANK MELTON, ESQUIRE**
        Florida Bar No.: 0475440
        **MILETTE E. WEBBER, ESQUIRE**
        Florida Bar No.: 145874
        **MAEGEN PEEK LUKA**
        Florida Bar No.: 549851
        **NEWSOME MELTON**
        201 South Orange Avenue, Suite 1500
        Orlando, Florida 32801
        Telephone: (407) 648-5977
        Facsimile: (407) 648-5282
        *Attorneys for Plaintiff*
        newsome@newsomelaw.com
        melton@newsomelaw.com
        webber@newsomelaw.com
        swinehart@newsomelaw.com
        oneill@newsomelaw.com
        luka@newsomelaw.com
        *Counsel for Plaintiff*

        s/ J. Trumon Phillips
        J. Trumon Phillips
        Florida Bar No. 84568
        **DLA PIPER LLP (US)**

> 3111 W. Dr. Martin Luther King Jr. Blvd.
> Suite 300
> Tampa, FL 33607-6233
> Phone: 813-229-2111
> Fax: 813-229-1447
> Email: trumon.phillips@dlapiper.com
>             sheila.hall@dlapiper.com
>
> David S. Sager (*pro hac vice* forthcoming)
> **DLA PIPER LLP (US)**
> 51 John F. Kennedy Parkway, Suite 120
> Short Hills, NJ 07078-2704
> Phone: 973-520-2550
> Email: david.sager@dlapiper.com
>
> *Attorneys for Defendant*
> *LQ Management L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2021 a true and correct copy of the foregoing was furnished by CM/ECF to all counsel of record as listed below.

> /s/ *Maegen Peek Luka*
> *Attorney*

J. Trumon Phillips
**DLA PIPER LLP (US)**
Florida Bar No. 84568
3111 W. Dr. Martin Luther King Jr. Blvd., Suite 300
Tampa, Florida 33607-6233
Phone: 813-229-2111
Email: trumon.phillips@dlapiper.com
sheila.hall@dlapiper.com

David Sager (*pro hac vice* forthcoming)
**DLA PIPER LLP (US)**
51 John F. Kennedy Parkway , Suite 120
Short Hills, NJ 07078-2704
Phone: 973-520-2550
Email: david.sager@dlapiper.com

*Attorneys for Defendants LQ MANAGEMENT LLC*

## EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA

## FORT LAUDERDALE DIVISION

### CASE NO. 0:20-62541-WPD-CIV-DIMITROULEAS

JANE DOE,

    Plaintiff,

vs.

LQ MANAGEMENT L.L.C.

    Defendant.

_____/

## JOINT PROPOSED SCHEDULING ORDER

This case is assigned to a standard track. The deadlines shall be as follows:

| | |
|---|---|
| Mandatory Initial Disclosures | - February 22, 2021 |
| Motions to Amend Pleadings/ Add Parties | - August 2, 2021 |
| Fact Discovery Cutoff | - December 1, 2021 |
| Plaintiff's Expert Disclosures | - December 15, 2021 |
| Defendant's Expert Disclosures | - January 17, 2022 |
| Expert Deposition Deadline | - February 15, 2022 |
| Substantive Pretrial Motions | - March 15, 2022 |
| *Daubert* Motions | - May 12, 2022 |
| Mediation Cutoff | - May 12, 2022 |
| Mandatory Pretrial Stipulation | - June 24, 2022 |
| Motions in Limine | - June 6, 2022 |

| | |
|---|---|
| <u>Responses to Motions in Limine</u> | - June 20, 2022 |
| <u>Jury Instructions *or* Proposed Findings & Conclusions of Law</u> | - July 8, 2022 |
| <u>Voir Dire Questions</u> | - July 15, 2022 |
| <u>Exhibit List for Court</u> | - First day of trial |
| <u>Witness List for Court</u> | - First day of trial |
| <u>Trial</u> | - August 1-12, 2022 |

_____
WILLIAM P. DIMITROULEAS
District Court Judge