IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:20-cv-62541-WPD

JANE DOE,

  Plaintiff,

v.

LQ MANAGEMENT LLC d/b/a/ LA QUINTA
INN FORT LAUDERDALE TAMARAC EAST #4406,
And LQ MANAGEMENT LLC d/b/a LA QUINTA INN
LOCATED AT 7901 SW 6th ST. PLANTATION, FL.

  Defendant.
_____/

**PLAINTIFF'S NOTICE OF INTENT TO SERVE RULE**
**RULE 45 SUBPOENA TO PRODUCE DOCUMENTS AND INFORMATION**

  Pursuant to Federal Rule of Civil Procedure 45(a)(4), Plaintiff notifies Defendants of her intent to serve the attached subpoenas upon:

JOY BERTRAND, ESQ, LLC

Attn: Ms. Joy Bertrand

P.O. Box 2734

Scottsdale, AZ 85252


DAVID EISENBERG

Attn: Mr. David S. Eisenberg

3500 North Central Ave, Suite 1155

Phoenix, AZ 85012


FEDER LAW OFFICE

Attn: Mr. Bruce Feder

2930 East Camelback Road, Suite 160

Phoenix, AZ 85016

Respectfully Submitted,

*/s/ C. Richard Newsome*
**C. RICHARD NEWSOME, ESQ.**
Florida Bar No.: 827258
**R. FRANK MELTON, II, ESQ.**
Florida Bar No. 0475440
**MILETTE E. WEBBER, ESQ.**
Florida Bar No.: 145874
**MAEGEN PEEK LUKA, ESQ.**
Florida Bar No.: 549851
**WILLIAM C. OURAND, ESQ.**
Florida Bar No.: 092503
NEWSOME MELTON
201 South Orange Avenue, Suite 1500
Orlando, Florida 32801
Telephone: (407) 648-5977
Facsimile: (407) 648-5282
*Attorneys for Plaintiff*
newsome@newsomelaw.com
melton@newsomelaw.com
webber@newsomelaw.com
luka@newsomelaw.com
ourand@newsomelaw.com
swinehart@newsomelaw.com
oneill@newsomelaw.com

*Counsel for Plaintiff, Jane Doe*

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2021 a true and correct copy of the foregoing was furnished by Plaintiff to all counsel of record as listed below.

*/s/ C. Richard Newsome*
C. Richard Newsome, Esq.

| J. Trumon Phillips<br>Florida Bar No. 84568 | Christopher B. Donovan (*pro hac vice pending*) |

| | |
|---|---|
| **DLA PIPER LLP (US)**<br>3111 W. Dr. Martin Luther King Jr. Blvd. Suite 300<br>Tampa, Florida 33607-6233<br>Phone:  813-229-2111<br>Fax:      813-229-1447<br>Email: trumon.phillips@dlapiper.com<br>           Sheila.hall@dlpiper.com<br><br>David Sager (*pro hac vice pending*)<br>**DLA PIPER LLP (US)**<br>51 John F. Kennedy Parkway, Suite 120<br>Short Hills, NJ 07078-2704<br>Phone: 973-520-2550<br> Fax:  973-520 2551<br>Email: david.sager@dlapiper.com | **DLA PIPER LLP (US)**<br>1000 Louisiana Street, Suite 2800<br>Houston, TX  77002<br>Phone:  713-425-8449<br>Fax:      713-300-6040<br>Email:<br>christopher.b.donovan@dlpiper.com<br><br>*Attorneys for Defendant LQ Management LLC* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:20-cv-62541-WPD

JANE DOE,

    Plaintiff,

v.

LQ MANAGEMENT LLC d/b/a/ LA QUINTA
INN FORT LAUDERDALE TAMARAC EAST #4406,
And LQ MANAGEMENT LLC d/b/a LA QUINTA INN
LOCATED AT 7901 SW 6th ST. PLANTATION, FL.

    Defendant.

_____/

## SUBPOENA TO PRODUCE DOCUMENTS AND INFORMATION

TO:    JOY BERTRAND, ESQ, LLC

    Attn: Ms. Joy Bertrand

    P.O. Box 2734

    Scottsdale, AZ 85252

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection and copying of the following material:

MATERIALS TO BE PRODUCED:

1. Copies of the hard drive(s), server(s), emails, and other electronic data provided by the United States to counsel for Joye Vaught in Case No.: 2:18-cr-00422-SPL, currently pending in the U.S. District Court for the District of Arizona.  Included within this request are any of the materials obtained by the Permanent Subcommittee on Investigations of the U.S. Senate's Committee on Homeland Security and Governmental Affairs pursuant to its October 1, 2015 subpoena duces tecum directed to Carl Ferrer.

<u>DATE AND TIME FOR PRODUCTION:</u> **Before 10:00 AM, March 5, 2021**

<u>PLACE:</u> Your choice of:

1. Bartlet | Nix Reporting
   c/o Milestone Reporting
   3101 North Central Avenue, Suite 290
   Phoenix, AZ 85012

2. Newsome Melton, PA, 201 S. Orange Ave., Suite 1500, Orlando, FL 32801; or

2. Via electronic mail to:

   C. Richard Newsome, Esq. (newsome@newsomlaw.com);

   Maegen P. Luka, Esq. (luka@newsomelaw.com); and

   William. C. Ourand, Jr., Esq. (ourand@newsomelaw.com)

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

**DATED: February 15, 2015**

The name, address, email address, and telephone number of the attorneys representing the plaintiffs, who issued this subpoena, are:

>  */s/ C. Richard Newsome*
> **C. RICHARD NEWSOME, ESQ.**
> Florida Bar No.: 827258
> **R. FRANK MELTON, II, ESQ.**
> Florida Bar No. 0475440
> **MILETTE E. WEBBER, ESQ.**
> Florida Bar No.: 145874
> **MAEGEN PEEK LUKA, ESQ.**
> Florida Bar No.: 549851
> **WILLIAM C. OURAND, ESQ.**
> Florida Bar No.: 092503
> NEWSOME MELTON
> 201 South Orange Avenue, Suite 1500

2

Orlando, Florida 32801
Telephone: (407) 648-5977
Facsimile: (407) 648-5282
*Attorneys for Plaintiff*
newsome@newsomelaw.com
melton@newsomelaw.com
webber@newsomelaw.com
luka@newsomelaw.com
ourand@newsomelaw.com
swinehart@newsomelaw.com
oneill@newsomelaw.com

*Counsel for Plaintiff, Jane Doe*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:20-cv-62541-WPD

JANE DOE,

    Plaintiff,

v.

LQ MANAGEMENT LLC d/b/a/ LA QUINTA
INN FORT LAUDERDALE TAMARAC EAST #4406,
And LQ MANAGEMENT LLC d/b/a LA QUINTA INN
LOCATED AT 7901 SW 6th ST. PLANTATION, FL.

    Defendant.
_____/

## SUBPOENA TO PRODUCE DOCUMENTS AND INFORMATION

TO:    DAVID EISENBERG

    Attn: Mr. David S. Eisenberg

    3500 North Central Ave, Suite 1155

    Phoenix, AZ 85012

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection and copying of the following material:

MATERIALS TO BE PRODUCED:

1. Copies of the hard drive(s), server(s), emails, and other electronic data provided by the United States to counsel for Andrew Padilla in Case No.: 2:18-cr-00422-SPL, currently pending in the U.S. District Court for the District of Arizona. Included within this request are any of the materials obtained by the Permanent Subcommittee on Investigations of the U.S. Senate's Committee on Homeland Security and Governmental Affairs pursuant to its October 1, 2015 subpoena duces tecum directed to Carl Ferrer.

<u>DATE AND TIME FOR PRODUCTION:</u> **Before 10:00 AM, March 5, 2021**

<u>PLACE:</u> Your choice of:

1. Bartlet|Nix Reporting
   c/o Milestone Reporting
   3101 North Central Avenue, Suite 290
   Phoenix, AZ 85012

2. Newsome Melton, PA, 201 S. Orange Ave., Suite 1500, Orlando, FL 32801; or

2. Via electronic mail to:

   C. Richard Newsome, Esq. (newsome@newsomlaw.com);

   Maegen P. Luka, Esq. (luka@newsomelaw.com); and

   William. C. Ourand, Jr., Esq. (ourand@newsomelaw.com)

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

**DATED: February 15, 2015**

The name, address, email address, and telephone number of the attorneys representing the plaintiffs, who issued this subpoena, are:

*/s/ C. Richard Newsome*
**C. RICHARD NEWSOME, ESQ.**
Florida Bar No.: 827258
**R. FRANK MELTON, II, ESQ.**
Florida Bar No. 0475440
**MILETTE E. WEBBER, ESQ.**
Florida Bar No.: 145874
**MAEGEN PEEK LUKA, ESQ.**
Florida Bar No.: 549851
**WILLIAM C. OURAND, ESQ.**
Florida Bar No.: 092503
NEWSOME MELTON
201 South Orange Avenue, Suite 1500


Orlando, Florida 32801
Telephone: (407) 648-5977
Facsimile: (407) 648-5282
*Attorneys for Plaintiff*
newsome@newsomelaw.com
melton@newsomelaw.com
webber@newsomelaw.com
luka@newsomelaw.com
ourand@newsomelaw.com
swinehart@newsomelaw.com
oneill@newsomelaw.com

*Counsel for Plaintiff, Jane Doe*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  0:20-cv-62541-WPD

JANE DOE,

    Plaintiff,

v.

LQ MANAGEMENT LLC d/b/a/ LA QUINTA
INN FORT LAUDERDALE TAMARAC EAST #4406,
And LQ MANAGEMENT LLC d/b/a LA QUINTA INN
LOCATED AT 7901 SW 6th ST. PLANTATION, FL.

    Defendant.

_____/

## **SUBPOENA TO PRODUCE DOCUMENTS AND INFORMATION**

TO:    FEDER LAW OFFICE

        Attn: Mr. Bruce Feder

        2930 East Camelback Road, Suite 160

        Phoenix, AZ 85016

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection and copying of the following material:

MATERIALS TO BE PRODUCED:

1. Copies of the hard drive(s), server(s), emails, and other electronic data provided by the United States to counsel for Scott Spear in Case No.: 2:18-cr-00422-SPL, currently pending in the U.S. District Court for the District of Arizona.  Included within this request are any of the materials obtained by the Permanent Subcommittee on Investigations of the U.S. Senate's Committee on Homeland Security and Governmental Affairs pursuant to its October 1, 2015 subpoena duces tecum directed to Carl Ferrer.

<u>DATE AND TIME FOR PRODUCTION:</u> **Before 10:00 AM, March 5, 2021**

<u>PLACE:</u> Your choice of:

1. Bartlet | Nix Reporting
   c/o Milestone Reporting
   3101 North Central Avenue, Suite 290
   Phoenix, AZ 85012

2. Newsome Melton, PA, 201 S. Orange Ave., Suite 1500, Orlando, FL 32801; or

2. Via electronic mail to:

   C. Richard Newsome, Esq. (newsome@newsomlaw.com);

   Maegen P. Luka, Esq. (luka@newsomelaw.com); and

   William. C. Ourand, Jr., Esq. (ourand@newsomelaw.com)

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

**DATED: February 15, 2015**

The name, address, email address, and telephone number of the attorneys representing the plaintiffs, who issued this subpoena, are:

*/s/ C. Richard Newsome*
**C. RICHARD NEWSOME, ESQ.**
Florida Bar No.: 827258
**R. FRANK MELTON, II, ESQ.**
Florida Bar No. 0475440
**MILETTE E. WEBBER, ESQ.**
Florida Bar No.: 145874
**MAEGEN PEEK LUKA, ESQ.**
Florida Bar No.: 549851
**WILLIAM C. OURAND, ESQ.**
Florida Bar No.: 092503
NEWSOME MELTON
201 South Orange Avenue, Suite 1500

                                              Orlando, Florida 32801
                                              Telephone: (407) 648-5977
                                              Facsimile: (407) 648-5282
*Attorneys for Plaintiff*
newsome@newsomelaw.com
melton@newsomelaw.com
webber@newsomelaw.com
luka@newsomelaw.com
ourand@newsomelaw.com
swinehart@newsomelaw.com
oneill@newsomelaw.com

*Counsel for Plaintiff, Jane Doe*

3