IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:20-cv-62541-WPD

JANE DOE,

       Plaintiff,

v.

LQ MANAGEMENT LLC d/b/a/ LA QUINTA
INN FORT LAUDERDALE TAMARAC EAST #4406,
And LQ MANAGEMENT LLC d/b/a LA QUINTA INN
LOCATED AT 7901 SW 6th ST. PLANTATION, FL.

       Defendant.
_____/

**PLAINTIFF'S NOTICE OF INTENT TO SERVE RULE
<u>RULE 45 SUBPOENA TO PRODUCE DOCUMENTS AND INFORMATION</u>**

       Pursuant to Federal Rule of Civil Procedure 45(a)(4), Plaintiff notifies Defendants of her intent to serve the attached subpoena upon:

       Bienert Miller & Katzman
       Attn: Mr. Thomas Henry Bienert, Jr.
       Ms. Whitney Z. Bernstein
       903 Calle Amanecer, Suite 350
       San Clemente, CA 92673

       Respectfully Submitted,

       */s/ C. Richard Newsome*
       **C. RICHARD NEWSOME, ESQ.**
       Florida Bar No.: 827258
       **R. FRANK MELTON, II, ESQ.**
       Florida Bar No. 0475440
       **MILETTE E. WEBBER, ESQ.**
       Florida Bar No.: 145874
       **MAEGEN PEEK LUKA, ESQ.**
       Florida Bar No.: 549851
       **WILLIAM C. OURAND, ESQ.**
       Florida Bar No.: 092503

        NEWSOME MELTON
        201 South Orange Avenue, Suite 1500
        Orlando, Florida 32801
        Telephone: (407) 648-5977
        Facsimile: (407) 648-5282
        *Attorneys for Plaintiff*
        newsome@newsomelaw.com
        melton@newsomelaw.com
        webber@newsomelaw.com
        luka@newsomelaw.com
        ourand@newsomelaw.com
        swinehart@newsomelaw.com
        oneill@newsomelaw.com

        *Counsel for Plaintiff, Jane Doe*

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2021 a true and correct copy of the foregoing was furnished by Plaintiff to all counsel of record as listed below.

        */s/ C. Richard Newsome*
        C. Richard Newsome, Esq.

| | |
|---|---|
| J. Trumon Phillips<br>Florida Bar No. 84568<br>**DLA PIPER LLP (US)**<br>3111 W. Dr. Martin Luther King Jr. Blvd.<br>Suite 300<br>Tampa, Florida 33607-6233<br>Phone: 813-229-2111<br>Fax: 813-229-1447<br>Email: trumon.phillips@dlapiper.com<br>       Sheila.hall@dlpiper.com<br><br>David Sager (*pro hac vice pending*)<br>**DLA PIPER LLP (US)**<br>51 John F. Kennedy Parkway, Suite 120<br>Short Hills, NJ 07078-2704<br>Phone: 973-520-2550<br>Fax: 973-520 2551<br>Email: david.sager@dlapiper.com | Christopher B. Donovan (*pro hac vice pending*)<br>**DLA PIPER LLP (US)**<br>1000 Louisiana Street, Suite 2800<br>Houston, TX 77002<br>Phone: 713-425-8449<br>Fax: 713-300-6040<br>Email:<br>christopher.b.donovan@dlpiper.com<br><br>*Attorneys for Defendants LQ Management LLC* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:20-cv-62541-WPD

JANE DOE,

    Plaintiff,

v.

LQ MANAGEMENT LLC d/b/a/ LA QUINTA
INN FORT LAUDERDALE TAMARAC EAST #4406,
And LQ MANAGEMENT LLC d/b/a LA QUINTA INN
LOCATED AT 7901 SW 6th ST. PLANTATION, FL.

    Defendant.
_____/

## SUBPOENA TO PRODUCE DOCUMENTS AND INFORMATION

TO:    BIENERT MILLER & KATZMAN
        Attn: Mr. Thomas Henry Bienert, Jr.
        Ms. Whitney Z. Bernstein
        903 Calle Amanecer, Suite 350
        San Clemente, CA 92673

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection and copying of the following material:

MATERIALS TO BE PRODUCED:

1. Copies of the hard drive(s), server(s), emails, and other electronic data provided by the United States to counsel for **James Larkin** in Case No.: 2:18-cr-00422-SPL, currently pending in the U.S. District Court for the District of Arizona. Included within this request are any of the materials obtained by the Permanent Subcommittee on Investigations of the U.S. Senate's Committee on Homeland Security and Governmental Affairs pursuant to the Government's October 1, 2015 subpoena duces tecum directed to Carl Ferrer.

DATE AND TIME FOR PRODUCTION: **Before 10:00 AM, March 5, 2021**

PLACE: Your choice of:

1. South Coast Metro Copying
   1510 W. Anahurst Place
   Santa Ana, CA  92704

2. Newsome Melton, 201 S. Orange Ave., Suite 1500, Orlando, FL 32801; or

3. Via electronic mail to:
   C. Richard Newsome, Esq. (newsome@newsomelaw.com);
   Maegen P. Luka, Esq. (luka@newsomelaw.com); and
   William. C. Ourand, Jr., Esq. (ourand@newsomelaw.com)

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

**DATED: February 19, 2021**

The name, address, email address, and telephone number of the attorneys representing the plaintiffs, who issued this subpoena, are:

    */s/ C. Richard Newsome*
**C. RICHARD NEWSOME, ESQ.**
Florida Bar No.:  827258
**R. FRANK MELTON, II, ESQ.**
Florida Bar No. 0475440
**MILETTE E. WEBBER, ESQ.**
Florida Bar No.:  145874
**MAEGEN PEEK LUKA, ESQ.**
Florida Bar No.:  549851
**WILLIAM C. OURAND, ESQ.**
Florida Bar No.:  092503
NEWSOME MELTON
201 South Orange Avenue, Suite 1500

2

Orlando, Florida 32801
Telephone: (407) 648-5977
Facsimile: (407) 648-5282
*Attorneys for Plaintiff*
newsome@newsomelaw.com
melton@newsomelaw.com
webber@newsomelaw.com
luka@newsomelaw.com
ourand@newsomelaw.com
swinehart@newsomelaw.com
oneill@newsomelaw.com

*Counsel for Plaintiff, Jane Doe*

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:20-cv-62541-WPD

JANE DOE,

    Plaintiff,

v.

LQ MANAGEMENT LLC d/b/a/ LA QUINTA
INN FORT LAUDERDALE TAMARAC EAST #4406,
And LQ MANAGEMENT LLC d/b/a LA QUINTA INN
LOCATED AT 7901 SW 6th ST. PLANTATION, FL.

    Defendant.
_____/

**SUBPOENA TO PRODUCE DOCUMENTS AND INFORMATION**

TO:    BIENERT MILLER & KATZMAN
        Attn: Mr. Thomas Henry Bienert, Jr.
        Ms. Whitney Z. Bernstein
        903 Calle Amanecer, Suite 350
        San Clemente, CA 92673

    **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection and copying of the following material:

MATERIALS TO BE PRODUCED:

1. Copies of the hard drive(s), server(s), emails, and other electronic data provided by the United States to counsel for **James Larkin** in Case No.: 2:18-cr-00422-SPL, currently pending in the U.S. District Court for the District of Arizona. Included within this request are any of the materials obtained by the Permanent Subcommittee on Investigations of the U.S. Senate's Committee on Homeland Security and Governmental Affairs pursuant to the Government's October 1, 2015 subpoena duces tecum directed to Carl Ferrer.

DATE AND TIME FOR PRODUCTION: **Before 10:00 AM, March 5, 2021**

PLACE: Your choice of:

1. South Coast Metro Copying
   1510 W. Anahurst Place
   Santa Ana, CA  92704

2. Newsome Melton,  201 S. Orange Ave., Suite 1500, Orlando, FL 32801; or

3. Via electronic mail to:
   C. Richard Newsome, Esq. (newsome@newsomelaw.com);
   Maegen P. Luka, Esq. (luka@newsomelaw.com); and
   William. C. Ourand, Jr., Esq. (ourand@newsomelaw.com)

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

**DATED: February 19, 2021**

The name, address, email address, and telephone number of the attorneys representing the plaintiffs, who issued this subpoena, are:

*/s/ C. Richard Newsome*
**C. RICHARD NEWSOME, ESQ.**
Florida Bar No.:  827258
**R. FRANK MELTON, II, ESQ.**
Florida Bar No. 0475440
**MILETTE E. WEBBER, ESQ.**
Florida Bar No.:  145874
**MAEGEN PEEK LUKA, ESQ.**
Florida Bar No.:  549851
**WILLIAM C. OURAND, ESQ.**
Florida Bar No.:  092503
NEWSOME MELTON
201 South Orange Avenue, Suite 1500

2

Orlando, Florida 32801
Telephone: (407) 648-5977
Facsimile: (407) 648-5282
*Attorneys for Plaintiff*
newsome@newsomelaw.com
melton@newsomelaw.com
webber@newsomelaw.com
luka@newsomelaw.com
ourand@newsomelaw.com
swinehart@newsomelaw.com
oneill@newsomelaw.com

*Counsel for Plaintiff, Jane Doe*

3