IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  0:20-cv-62541-WPD

JANE DOE,

    Plaintiff,

v.

LQ MANAGEMENT LLC d/b/a/ LA QUINTA
INN FORT LAUDERDALE TAMARAC EAST #4406,
And LQ MANAGEMENT LLC d/b/a LA QUINTA INN
LOCATED AT 7901 SW 6th ST. PLANTATION, FL.

    Defendant.
_____/

## JOINT RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff and Defendants jointly respond to this Court's Order to Show Cause (Doc. 47), issued earlier today.  At page 6 of this Court's February 23 pre-trial order (Doc. 45), the Court directed the parties to agree on a mediator within 14 days of the date of the pre-trial order.  Counsel for both parties unintentionally overlooked the requirement and apologize to the Court for their error.

The parties have no objection to the Clerk randomly selecting a mediator.

Respectfully submitted this 10th day of March, 2021.

| | |
|---|---|
| *s/Trumon Phillips w/permission* | *s/ Maegen Peek Luka* |
| J. Trumon Phillips | C. RICHARD NEWSOME |
| Florida Bar No. 84568 | Florida Bar No.:  827258 |
| **DLA PIPER LLP (US)** | R. FRANK MELTON, II |
| 3111 W. Dr. Martin Luther King Jr. Blvd. | Florida Bar No. 475440 |
| Suite 300 | MAEGEN PEEK LUKA |
| Tampa, Florida 33607-6233 | Florida Bar No.:  549851 |
| Phone:  813-229-2111 | **NEWSOME MELTON** |
| Fax:  813-229-1447 | 201 South Orange Ave., Suite 150 |
| Email: trumon.phillips@dlpiper.com | Orlando, FL 32801 |
|     Sheila.hall@dlpiper.com | Telephone:  407-648-5977 |

| | |
|---|---|
| David Sager (*pro hac vice*)<br>**DLA PIPER LLP (US)**<br>51 John F. Kennedy Parkway<br>Suite 120<br>Short Hills, NJ  07078-2704<br>Phone:  973-520-2550<br>Fax:  973-520-2551<br>Email:  david.sager@dlapiper.com<br><br>*Attorneys for Defendant*<br>*LQ Management LLC* | Facsimile:407-648-5282<br>newsome@newsomelaw.com<br>melton@newsomelaw.com<br>luka@newsomelaw.com<br>webber@newsomelaw.com<br>swinehart@newsomelaw.com<br>oneill@newsomelaw.com<br><br>*Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2021, a true and correct copy of the foregoing was furnished by CM/ECF to all counsel of record as listed below.

*s/ Maegen Peek Luka*
Attorney

## SERVICE LIST

J. Trumon Phillips
Florida Bar No. 84568
**DLA PIPER LLP (US)**
3111 W. Dr. Martin Luther King Jr., Blvd.
Suite 300
Tampa, Florida 33607-6233
Phone:  813-229-2111
Fax:     813-229-1447
Email:  trumon.phillips@dlpiper.com
            Sheila.hall@dlpiper.com

David Sager (*pro hac vice*)
**DLA PIPER LLP (US)**
51 John F. Kennedy Parkway
Suite 120
Short Hills, NJ  07078-2704
Phone:  973-520-2550
Fax:  973-520-2551
Email:  david.sager@dlapiper.com