**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

CASE NO.:  0:20-cv-62541-WPD

JANE DOE,

      Plaintiff,

v.

LQ MANAGEMENT LLC d/b/a/ LA QUINTA
INN FORT LAUDERDALE TAMARAC EAST #4406,
And LQ MANAGEMENT LLC d/b/a LA QUINTA INN
LOCATED AT 7901 SW 6th ST. PLANTATION, FL.

      Defendant.

_____/

**JOINT STIPULATION OF DISMISSAL**

      The Plaintiff, JANE DOE, and Defendant, LQ MANAGEMENT LLC d/b/a LA QUINTA

INN FORT LADUERDALE TAMARAC EAST #4406 and LQ MANAGEMENT LLC d/b/a LA

QUINTA INN LOCATED AT 7901 SW 6th ST. PLANTATION, FL have resolved this case.  By

and through undersigned counsel, they hereby agree and stipulate to the entry of an Order of

Dismissal of this action, with prejudice, each party to bear their own costs and attorney's fees.

By:__/s/ Maegen Peek Luka_____
C. RICHARD NEWSOME
Florida Bar No. 827258
R. FRANK MELTON, ESQUIRE
Florida Bar No.: 0475440
MILETTE E. WEBBER, ESQUIRE
Florida Bar No.:  145874
MAEGEN PEEK LUKA, ESQUIRE
Florida Bar No. 549851
NEWSOME MELTON
201 S. Orange Ave., Ste 1500
Orlando, FL 32801
Ph: 407-648-5977
Fax: 407-648-5282
*Attorneys for Plaintiff*

By:__/s/ J. Trumon Phillips_____
J. Trumon Phillips
Florida Bar No. 84568
DLA PIPER LLP (US)
3111 W. Dr. Martin Luther King Jr. Blvd.
Suite 300
Tampa, Florida 33607-6233
Phone: 813-229-2111
Fax: 813-229-1447
Email: trumon.phillips@dlapiper.com
sheila.hall@dlapiper.com

David S. Sager (pro hac vice forthcoming)
DLA PIPER LLP (US)
51 John F. Kennedy Parkway

newsome@newsomelaw.com
melton@newsomelaw.com
webber@newsomelaw.com
luka@newsomelaw.com
swinehart@newsomelaw.com
oneill@newsomelaw.com

Suite 120
Short Hills, New Jersey 07078-2704
Phone: 973-520-2550
Fax: 973-520-2551
Email: david.sager@dlapiper.com

*Attorneys for Defendants*
*LQ Management L.L.C., CPLG HOL  L.L.C.,*
*CPLG Properties L.L.C., LQ FL Properties L.L.C*
*and La Quinta Worldwide, LLC*

## CERTIFICATE OF SERVICE

We certify that on April 14, 2021, the undersigned electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to counsel

for all  parties listed below.

/s/ *Maegen Peek Luka*
*Attorney*

J. Trumon Phillips
**DLA PIPER LLP (US)**
Florida Bar No. 84568
3111 W. Dr. Martin Luther King Jr. Blvd., Suite 300
Tampa, Florida 33607-6233
Phone:  813-229-2111
Fax:  813-229-1447
Email: trumon.phillips@dlapiper.com
sheila.hall@dlapiper.com

David Sager (*pro hac vice* forthcoming)
**DLA PIPER LLP (US)**
51 John F. Kennedy Parkway , Suite 120
Short Hills, NJ 07078-2704
Phone: 973-520-2550
Email: david.sager@dlapiper.com
*Attorneys for Defendants*
*LQ Management L.L.C., CPLG HOL  L.L.C.,*
*PLG Properties L.L.C., LQ FL Properties L.L.C and La Quinta Worldwide, LLC*